IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEXTER BROWN, | No. 2:15-CV-1687-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| MONICA MILLER, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a prisoner proceeding pro se, brought this civil rights action pursuant to 42 U.S.C. § 1983. Final judgment was entered on September 21, 2016, and plaintiff has appealed. The Ninth Circuit Court of Appeals summarily affirmed this court's judgment on September 13, 2017. Pending before the court is plaintiff's motion (Doc. 24) for clarification.

       Plaintiff states that, on June 5, 2017, the undersigned granted plaintiff "an extension of time to file an amended complaint." He also states that, on June 9, 2017, the Ninth Circuit ordered him to file an authorization form to collect docketing and filing fees for his appeal in this matter. Plaintiff seeks clarification of what he characterizes as "conflicting court orders."

/ / /

1

At the outset, the court notes that plaintiff's understanding of this court's June 2017 order is incorrect. Contrary to plaintiff's assertion, the court did <u>not</u> grant him an extension of time to file an amended complaint. Rather, the court extended the time to appeal. In any event, because the appellate court has resolved plaintiff's appeal, his motion is now moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for clarification (Doc. 24) is denied as moot.

DATED: October 11, 2017

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE